# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERRY MOORE

NO. 2021 KW 0579

JULY 19, 2021

---

In Re:    Jerry Moore, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 355,706-1.

---

BEFORE:    WHIPPLE, C.J., WELCH AND WOLFE, JJ.

WRIT DENIED. The decision in **Ramos v. Louisiana**, 590 U.S. ___, 140 S.Ct. 1390, 206 L.Ed.2d 583 (2020), does not apply retroactively on federal collateral review. See **Edwards v. Vannoy**, ___ U.S. ___, 141 S.Ct. 1547, 1552, ___ L.Ed.2d ___ (2021). Furthermore, **Ramos** is inapplicable to defendants like relator, who were convicted of a serious offense by a unanimous jury verdict. Moreover, the jury instructions were not erroneous, as they were based upon the law in effect at the time of relator's 2006 jury trial. See **State v. Sugasti**, 2001-3407 (La. 6/21/02), 820 So.2d 518, 520. See also **State v. Williams**, 20-46 (La. App. 5th Cir. 12/30/20), 308 So.3d 791, 836, writ denied, 2021-00316 (La. 5/25/21), ___ So.3d ___, 2021 WL 2102374. Accordingly, the district court did not err by denying relator's successive application for postconviction relief and the motions that accompanied it.

VGW
JEW
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT